**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

VENICE PI, LLC.,
a California Limited Liability corporation

---

**MONTHLY STATUS REPORT**

---

COMES NOW Venice PI, LLC, ("Plaintiff"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 17-cv-1850-WYD-MEH:** Doe 7 Dismissed with Prejudice on 9.26.17.
**Civil Action No. 17-cv-1870-WYD-MEH:** No new activity.
**Civil Action No. 17-cv-1954-WYD-MEH:** Demand Letters mailed 9.13.17
**Civil Action No. 17-cv-1988-WYD-MEH:** Demand Letters mailed 9.19.17
**Civil Action No. 17-cv-2021-WYD-MEH:** Demand Letters mailed 9.22.17; Dismissed Doe 7 with prejudice on 9.27.17.
**Civil Action No. 17-cv-2097-WYD-MEH:** Case filed 9.11.17; Subpoenas sent to Comcast 9.13.17.
**Civil Action No. 17-cv-2273-WYD-MEH:** Case filed 9.20.17; Subpoenas sent to Comcast 9.22.17.
**Civil Action No. 17-cv-2292-WYD-MEH:** Case filed 9.21.17; Subpoenas sent to Comcast 9.26.17.

Respectfully submitted this 10th day of October 2017.

BROWN & KANNADY, LLC

**/s/ Scott T. Kannady**

Scott T. Kannady, No. 29995
2000 South Colorado Blvd., Suite 2-440
Denver, CO 80222
Phone: (303) 757-3800
Fax: (303) 757-3815
E-mail: scott@brownlegal.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2017, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

By: /s/ Michelle M. Dickey
Michelle M. Dickey, Paralegal
Brown & Kannady, LLC